

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2016

No. 04-16-00588-CV

Rene **SAENZ** and Mae Saenz,
Appellants

v.

Ramon **SAENZ**, Jr., Javier Saenz, and Alvaro Hinojosa,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 11-10-16006-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

On October 19, 2016, appellees filed a Motion to Affirm the Trial Court's Order and Dismiss Appeal. The motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court